UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DESIRAE DEINER and
DRAKE BERTNICK
on behalf of themselves and all
others similarly situated,

    Plaintiffs,　　　　　　　　　　　　　　　　　　Case No.: 19-cv-462

v.

JIM & LINDA'S LAKEVIEW SUPPER CLUB, LLC, *et. al.*

    Defendants

---

## **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    Plaintiffs, Desirae Deiner and Drake Bertnick, hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed with prejudice and without costs to either party.

    Dated:  May 6, 2019　　　　　　　By: *s/ Scott S. Luzi*
　　　　　　　　　　　　　　　　　　　　Scott S. Luzi, SBN 1067405
　　　　　　　　　　　　　　　　　　　　Walcheske & Luzi, LLC
　　　　　　　　　　　　　　　　　　　　15850 W. Bluemound Road, Suite 304
　　　　　　　　　　　　　　　　　　　　Brookfield, Wisconsin 53005
　　　　　　　　　　　　　　　　　　　　Telephone: (262) 780-1953
　　　　　　　　　　　　　　　　　　　　Email: sluzi@walcheskeluzi.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*